IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.                                                                          Case No. 18-mj-125

ROBERT HOSLER,

               Defendant.

COMPLAINT FOR VIOLATION OF TITLE 18, UNITED STATES CODE,
SECTION 2422(b)

BEFORE United States Magistrate Judge      United States District Court
Stephen L. Crocker                               120 North Henry Street
                                                                       Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

From on or about August 12, 2018, to September 6, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

ROBERT HOSLER,

using a facility and means of interstate commerce, that is email communications and text messages, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the 18 years, to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Wisconsin, specifically, First Degree Sexual Assault of a Child, in violation of Wis. Stat. 948.02.

(In violation of Title 18, United States Code, Section 2422(b)).


This complaint is based on the attached affidavit of Ryan Condon.

_____ #271
RYAN CONDON, Special Agent
Wisconsin Department of Justice,
Division of Criminal Investigation

Sworn to before me this __6TH__ day of September 2018

_____
HONORABLE STEPHEN L. CROCKER

COUNTY OF DANE        )
                      ) ss
STATE OF WISCONSIN    )

## AFFIDAVIT

I, Ryan Condon, being first duly sworn, state as follows:

1. I am a certified Wisconsin law enforcement officer employed as a sworn Special Agent with the Wisconsin Department of Justice - Division of Criminal Investigation (DCI) and have been a law enforcement officer since 2008. I have been assigned to operate in an undercover capacity on the Internet by the Wisconsin Internet Crimes Against Children (ICAC) Task Force Commander for the purpose of identifying and investigating persons attempting to exploit or solicit sexual acts with children. Prior to appointment as a Special Agent, I was employed as a Police Officer/Sensitive Crimes Investigator with the city of Appleton Police Department between 2008 and 2016.

2. The majority of the facts in the affidavit come from my training and experience, information provided to me by Eau Claire Police Department Detective Wade Beardsley, my review of emails between Beardsley and Robert HOSLER. This affidavit does not contain every fact I know about this investigation but merely is intended to show probable cause that Robert HOSLER violated Title 18, United States Code, Section 2422(b).

3. On or about August 7, 2018, while working in an undercover capacity, Detective Beardsley posted an advertisement on the Tor network, stating, "Single mom of 13yo dau looking for swap or other arrangements." Beardsley listed the "mom's" interests as "swap," "young," "6-14yo," and "girls."

4. On August 12, 2018, an individual with the user name Roger Smith, but later identified as HOSLER, used a gmail account, a facility or means of interstate commerce, to reply to the advertisement stating, "Saw your post, I'm interested in the goods." On August

13, 2018. Beardsley responded, "ok where are you located." HOSLER said he was in Texas. Beardsley replied, "sorry too far. We are in Wisconsin." On August 18, 2018, HOSLER said, "I can arrange travel arrangements."

5. After some more discussion about when and where the interaction would take place, HOSLER said, "ok, how much will the goods be and how long?" Beardsley responded, "honestly she can't go much longer than an hour. For a hour I could do $200." HOSLER asked, "Ok, so if say wanted the weekend, that wouldn't be possible? If not, that's fine, I can do hour." These conversations all took place on August 21, 2018.

6. That same day, email conversation about the price continued between Beardsley and HOSLER. HOSLER then asked, "How experienced are the goods?" Beardsley responded, "She's been experienced since she was around 2yo. starting with licking and building it up from there." HOSLER then asked whether anything was off limits. Beardsley said, "how big are you? she does anal, vag and oral. can't swallow though. condom will be required unless you can prove your clean." HOSLER indicated, "I'm fine with that." Beardsley again stated his fictitious daughter was "gonna be 13 next month so obviously she can't take a whole lot just yet."

7. On August 30, 2018, HOSLER sent a flight itinerary to Beardsley, indicating he was taking a Frontier Airlines flight from Austin, TX to Minneapolis, MN, on September 6, 2018, and returning on September 9, 2018. On the itinerary he sent, his name and other personal information was blacked out.

8. On August 30, 2018, Beardsley contacted Frontier Airlines, and with the information from the itinerary HOSLER sent, Frontier was able to identify the passenger as Robert HOSLER.

2

9. After numerous communications between Beardsley and HOSLER as to how HOSLER would get from the Minneapolis airport to Eau Claire, they agreed that HOSLER would rent a car and Beardsley would take $100 off the price of having sex with the child.

10. On September 6, 2018, Beardsley was contacted by a representative of Frontier Airlines who said that HOSLER boarded the flight to Minneapolis.

11. On September 6, 2018, HOSLER arrived at McDonough Park, in Eau Claire, Wis., the prearranged meeting location and was taken into custody. Officers searched his car and found a GoPro kit, a handheld camcorder, and children's lingerie in a backpack. Additionally, they found prescription sleeping pills in his possession.

13. Title 18, United States Code, Section 2422(b) prohibits a person from using a facility and means of interstate commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, or attempting to do so. This statute extends to adult-to-adult communications that were designed to persuade a minor to engage in the activity. See United States v. McMillan, 744 F.3d 1033, 1035-37 (2014).

_____
RYAN CONDON, Special Agent
Wisconsin Department of Justice,
Division of Criminal Investigation

Subscribed to and sworn before me this 6th day of September 2018.

_____
HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge

3